FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ANDREW THOMAS CARPINO,<br>aka Andrew Looney<br>       Defendant. | No. 1:20-CR-02028-SMJ-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 49, 50** |

Before the Court are Defendant's Motion to Modify Conditions of Pretrial Release (ECF No. 49) and related Motion to Expedite (ECF No. 50). Neither the United States nor the United States Probation Office oppose the request.

Specifically, Defendant requests the Court modify Special Condition No. 10, which placed Defendant on GPS home confinement. ECF No. 34. Defendant requests instead that he be placed on GPS monitoring with a nightly curfew between 9:00 PM and 6:00 AM. Due to Defendant's compliance with supervision since his release from inpatient treatment and because the United States Probation Office does not object, the Court finds this home confinement is no longer

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND MOTION TO EXPEDITE - 1

necessary to reasonably assure Defendant's appearance at future court hearings or to prevent danger to the community.

**ACCORDINGLY, IT IS ORDERED:**

1.    Defendant's Motion to Modify Conditions of Pretrial Release (**ECF No. 49**) is **GRANTED**.

2.    Defendant's Motion to Expedite (**ECF No. 50**) is **GRANTED**.

3.    Special Condition No. 10 (ECF No. 34), which placed Defendant on home confinement, shall be **MODIFIED** to maintain Defendant on GPS monitoring and restricting him to his approved residence every day from 9:00 PM to 6:00 AM.

DATED March 17, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND MOTION TO EXPEDITE - 2