FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW THOMAS CARPINO,<br><br>Defendant. | No. 1:20-CR-02028-SMJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE<br><br>**ECF Nos. 61, 62** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release (ECF No. 61) and related Unopposed Motion to Expedite (ECF No. 62). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. Specifically, Defendant requests that the Court strike Special Condition Nos. 8 and 10, which place him on GPS electronic monitoring and a daily curfew (ECF No. 61). To date, Defendant has successfully completed inpatient and outpatient substance abuse treatments, maintained employment,

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE - 1

reestablished his relationship with his son, and complied with all conditions of his pretrial release.  For the reasons set forth in the Motion;

**IT IS HEREBY ORDERED:**

1. Defendant's Unopposed Motion to Modify Conditions of Release (**ECF No. 61**) is **GRANTED**.

2. Defendant's Motion to Expedite (**ECF No. 62**) is **GRANTED**.

3. Special Condition Nos. 8 and 10 (**ECF Nos. 34, 52**) shall be **STRICKEN**.

4. All other conditions of release shall remain in effect.

DATED May 13, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE - 2