PROB 12C
(6/16)

Report Date: April 8, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Andrew Thomas Carpino          Case Number: 0980 1:20CR02028-SMJ-1

Address of Offender:                              Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 22, 2021

Original Offense:     Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Probation - 36 months              Type of Supervision: Probation

Asst. U.S. Attorney:  Richard Cassidy Burson            Date Supervision Commenced: June 22, 2021

Defense Attorney:     Paul E. Shelton                    Date Supervision Expires: June 21, 2024

## PETITIONING THE COURT

To issue a summons.

On June 22, 2021, Andrew Thomas Carpino began his term of probation. On June 25, 2021, a probation officer reviewed the judgment and sentence with Mr. Carpino; he acknowledged a full understanding of his conditions of probation. On August 23, 2021, a probation officer once again reviewed the judgment and sentence with Mr. Carpino, which he signed acknowledging a full understanding of his conditions of probation.

The probation officer believes that the offender has violated the following conditions of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Carpino is considered to be in violation of his conditions of probation by allegedly committing Fourth Degree Assault Domestic Violence, in violation of Revised Code of Washington (RCW) 9A.36.041; Yakima County District Court case number C00050580, on March 30, 2022.<br><br>According to the Union Gap Police Department (UGPD) narrative report, incident number 22U001356, the following occurred:<br><br>On March 30, 2022, UGPD responded to Burlington Coat Factory for a report of a domestic violence assault. UGPD contacted the victim of the assault and the victim reported she arrived at work at approximately 9:30 a.m. and as she was parking her vehicle, she observed Mr. Carpino walking out of Burlington Coat Factory. The victim stated the offender is aware she is employed at Burlington Coat Factory. Once the victim saw Mr. Carpino, she |

Prob12C
**Re: Carpino, Andrew Thomas**
**April 8, 2022**
**Page 2**

sent a text message to her husband to inform him of Mr. Carpino's presence at her place of employment. As the victim was communicating with her husband, Mr. Carpino opened the passenger door to the victim's vehicle and attempted to get in without permission. The victim told the offender to stay out and she exited her vehicle.

The victim went to the trunk of the vehicle to get some water before she walked into work. Mr. Carpino asked the victim if he could borrow her vehicle and then took her cell phone and looked at her text messages. Mr. Carpino saw the victim was sending text messages to her husband regarding him. The victim began to walk toward the store and Mr. Carpino told the victim to stop. She continued to walk and Mr. Carpino grabbed her hair and pulled it, causing the victim pain. The victim stated the offender pulled her hair so hard, she grabbed her hair above his grip to take the pressure off.

The victim stated another woman in the parking lot observed the incident and started yelling at Mr. Carpino. The victim was able to get into the store without further incident. UGPD attempted contact with the witness who intervened, but unsuccessfully located her.

The victim reported Mr. Carpino was her ex-boyfriend and they dated for approximately 4 months, then broke up about 1 year ago. Based on their prior dating relationship and the fact Mr. Carpino assaulted the victim by pulling her hair, causing her pain, Mr. Carpino was charged with fourth degree assault domestic violence.

Paramedics were called to the scene and the victim chose to be transported to the hospital as a precaution. The victim is 7 months pregnant, and she was experiencing cramps after the incident.

Mr. Carpino turned himself in to UGPD on March 31, 2022, and was released on bail from Yakima County Jail on April 1, 2022. His next court date in Yakima County District Court is scheduled for April 25, 2022.

2   **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr.Carpino is considered to be in violation of his conditions of probation by consuming alcohol on March 30, 2022.

On March 31, 2022, Mr. Carpino reported to the probation office and spoke with this officer. During the conversation, Mr. Carpino admitted to consuming three alcoholic beverages on March 30, 2022, at the casino in Spokane, Washington.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Carpino, Andrew Thomas
April 8, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 8, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

04/11/2022
Date