PROB 12C
(6/16)

Report Date: May 20, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Andrew Thomas Carpino | Case Number: 0980 1:20CR02028-SMJ-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮, Yakima, Washington 98901 | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge | |
| Date of Original Sentence: June 22, 2021 | |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Probation - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: Richard Cassidy Burson | Date Supervision Commenced: June 22, 2021 |
| Defense Attorney: Paul Shelton | Date Supervision Expires: June 21, 2024 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 8, 2022.

On June 22, 2021, Andrew Thomas Carpino began his term of probation. On June 25, 2021, a probation officer reviewed the judgment and sentence with Mr. Carpino; he acknowledged a full understanding of his conditions of probation. On August 23, 2021, a probation officer once again reviewed the judgment and sentence with Mr. Carpino, which he signed acknowledging a full understanding of his conditions of probation.

The probation officer believes that the offender has violated the following conditions of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substance. |
| | **Supporting Evidence**: Mr. Carpino is considered to be in violation of his conditions of probation by consuming methamphetamine on or about May 17, 2022. |
| | On May 19, 2022, Mr. Carpino reported to the probation office and spoke with this officer. During the conversation, Mr. Carpino admitted to consuming methamphetamine on or about May 17, 2022. He signed a drug use admission form acknowledging he consumed methamphetamine. |

Prob12C
Re: Carpino, Andrew Thomas
May 20, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 8, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 20, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

05/20/2022
Date