PROB 12C
(6/16)

Report Date: June 1, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andrew Thomas Carpino          Case Number: 0980 1:20CR02028-SMJ-1

Address of Offender: ▉▉▉▉▉▉▉▉▉ Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 22, 2021

Original Offense:          Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:         Probation - 36 months          Type of Supervision: Probation

Asst. U.S. Attorney:       Richard Cassidy Burson          Date Supervision Commenced: June 22, 2021

Defense Attorney:          Paul Shelton          Date Supervision Expires: June 21, 2024

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 8, and May 20, 2022.

On June 22, 2021, Andrew Thomas Carpino began his term of probation.  On June 25, 2021, a probation officer reviewed the judgment and sentence with Mr. Carpino; he acknowledged a full understanding of his conditions of probation.  On August 23, 2021, a probation officer once again reviewed the judgment and sentence with Mr. Carpino, which he signed acknowledging a full understanding of his conditions of probation.

The probation officer believes that the offender has violated the following conditions of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substance. |
| | **Supporting Evidence**: Mr. Carpino is considered to be in violation of his conditions of probation by consuming methamphetamine on or about May 27, 2022. |
| | On May 31, 2022, Mr. Carpino reported to the probation office and spoke with this officer. During the conversation, Mr. Carpino admitted to consuming methamphetamine on or about May 27, 2022. |

Prob12C
**Re: Carpino, Andrew Thomas**
**June 1, 2022**
**Page 2**

> 5     **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substance.
>
> **Supporting Evidence**: Mr. Carpino is considered to be in violation of his conditions of probation by consuming marijuana on or about May 31, 2022.
>
> On May 31, 2022, Mr. Carpino reported to the probation office and spoke with this officer. During the conversation, Mr. Carpino admitted to consuming marijuana prior to reporting to the probation office.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 8, and May 20, 2022. Mr. Carpino is scheduled to make an initial appearance on June 1, 2022, in Yakima, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 1, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

06/01/2022

Date