PROB 12C
(6/16)

Report Date: June 21, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Andrew Thomas Carpino | Case Number: 0980 1:20CR02028-SMJ-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓, Yakima, Washington 98901 | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge | |
| Date of Original Sentence: June 22, 2021 | |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Probation - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: Richard Cassidy Burson | Date Supervision Commenced: June 22, 2021 |
| Defense Attorney: Paul Shelton | Date Supervision Expires: June 21, 2024 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 8, May 20, and June 1, 2022.

On June 22, 2021, Andrew Thomas Carpino began his term of probation. On June 25, 2021, a probation officer reviewed the judgment and sentence with Mr. Carpino; he acknowledged a full understanding of his conditions of probation. On August 23, 2021, a probation officer once again reviewed the judgment and sentence with Mr. Carpino, which he signed acknowledging a full understanding of his conditions of probation.

The probation officer believes that the offender has violated the following conditions of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Carpino is considered to be in violation of his conditions of probation by consuming methamphetamine on or about June 19, 2022. |
| | On June 21, 2022, this officer spoke with staff at Triumph Treatment Services (Triumph) about Mr. Carpino. According to staff at Triumph, Mr. Carpino admitted to consuming methamphetamine while he was at inpatient treatment at James Oldham Treatment Center. |

Prob12C
Re: Carpino, Andrew Thomas
June 21, 2022
Page 2

| | | |
|---|---|---|
| | 7 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Carpino is considered to be in violation of his conditions of probation by absconding from inpatient treatment on June 19, 2022.

On June 8, 2022, Mr. Carpino was released from Yakima County Jail to participate in inpatient treatment at James Oldham Treatment Center (JOTC) in Buena, Washington. On June 21, 2022, this officer received a telephone call from staff at JOTC. According to staff at JOTC, Mr. Carpino absconded from the facility on June 19, 2022. Mr. Carpino did not have permission to leave the facility and he has not contacted this officer to discuss why he chose to leave inpatient treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 8 and May 20, and June 1, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 21, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Signature of Judicial Officer_

06/21/2022
Date